## HESTER v. ALLSTATE INS. CO.

[347 N.C. 345 (1997)]

GROVER A. HESTER v. ALLSTATE INSURANCE COMPANY, N.C. FARM BUREAU MUTUAL INSURANCE COMPANY, ROBERT S. LOWERY AND KEY AUTOMOBILE ASSOCIATES

249A97

(Filed 7 November 1997)

**Insurance § 571 (NCI4th)— automobile liability insurance— furnished for regular use—exclusion from coverage**

An exclusion in a personal automobile liability policy for a vehicle not named in the policy but furnished for the regular use of the named insured precluded liability coverage for the named insured while operating a vehicle provided by his employer for his regular use even though the policy provided operator coverage for the named insured and any family member "for the . . . use of any auto."

**Am Jur 2d, Automobile Insurance § 244.**

**When is automobile furnished or available for regular use within "drive other car" coverage of automobile liability policy. 8 ALR4th 387.**

Appeal by defendant Allstate Insurance Company pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 126 N.C. App. 173, 484 S.E.2d 457 (1997), affirming summary judgment for plaintiff, entered by Duke, J., on 7 March 1996 in Superior Court, Pitt County. Heard in the Supreme Court 15 October 1997.

*Hardee & Hardee, by G. Wayne Hardee and Charles R. Hardee, for plaintiff-appellee.*

*Ward and Smith, P.A., by Donald S. Higley, II, and Ryal W. Tayloe, for defendant-appellant Allstate Insurance Company.*

*Speight, Watson and Brewer, by J. Warner Wells, II, and William C. Brewer, Jr., for defendant-appellee N.C. Farm Bureau Mutual Insurance Company.*

*Wallace, Morris, & Barwick, P.A., by Paul A. Rodgman and Elizabeth A. Heath, for defendant-appellee Lowery.*

FEREBEE v. HARDISON

[347 N.C. 346 (1997)]

*Battle, Winslow, Scott & Wiley, P.A., by Samuel S. Woodley, Jr., on behalf of the North Carolina Association of Defense Attorneys, amicus curiae.*

*Bailey & Dixon, L.L.P., by David S. Coats, on behalf of Nationwide Mutual Insurance Company, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge Cozort, *Hester v. Allstate Ins. Co.*, 126 N.C. App. 173, 178, 484 S.E.2d 457, 460 (1997), and upon the authority of *N.C. Farm Bureau Mut. Ins. Co. v. Warren*, 326 N.C. 444, 390 S.E.2d 138 (1990), and *Whaley v. Great Am. Ins. Co.*, 259 N.C. 545, 131 S.E.2d 491 (1963), the decision of the Court of Appeals is reversed and the case remanded to that court for further remand to the trial court for entry of summary judgment for defendant Allstate.

REVERSED AND REMANDED.